UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLEVERN A. GRANGER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-148** |
| **ERIC BLANDFORD, ET AL.** | **SECTION "A"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief. The **Motion to Stay (Rec. Doc. 7)** is **DENIED**.

April 26, 2012

_____
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a Motion to Stay (Rec. Doc. 7), which the Court will consider as a formal objection.